IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WOOLRIDGE AND STEPHANIE CROSS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CITY OF CHICAGO, et al, | ) ) ) |
| Defendants. | ) ) |

DOCKETED
JAN 0 3 2003

No. 02 C 3475

Judge Kocoras

Magistrate Judge Ashman

FILED
DEC 3 1 2002
Chief Judge Charles P. Kocoras
United States District Court

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiffs, William Woolridge and Stephanie Cross, by their attorney, Loevy & Loevy, and

Defendants, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of

Chicago, and Joshua Wallace, Dane Marijan and Michael Smith, by one of their attorneys, William E.

Bazarek, Assistant Corporation Counsel, herein stipulate and agree to the following:

1.      This action has been brought by Plaintiffs, William Woolridge and Stephanie Cross

against Defendants, City of Chicago, Joshua Wallace, Dane Marijan and Michael Smith and makes

certain allegations contained in Plaintiffs' complaint.

2.      Defendants deny each and every allegation of wrongdoing as stated in Plaintiffs'

complaint, and, further, deny liability.

3.      The parties and their respective attorneys acknowledge that settlement of this claim is

not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant

and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve

as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's

future, current or former officers, agents and employees. The parties and their respective attorneys

further acknowledge that settlement is made to avoid the uncertainty in the outcome of litigation and the

expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs and

-1-



their attorneys agree that they or any firm with which said attorneys are affiliated or with which said attorneys may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiffs William Woolridge and Stephanie Cross agree to dismiss with prejudice all of their claims against Defendants; City of Chicago, and Joshua Wallace, Dane Marijan and Michael Smith, with each side bearing its own costs and attorneys' fees.

5. Plaintiffs William Woolridge and Stephanie Cross, accepts a settlement from Defendant, City of Chicago, in the total amount of THIRTY FIVE THOUSAND AND NO/100 ($35,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay Plaintiffs the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and Plaintiffs and/or their attorneys agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to Plaintiffs, their attorneys, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees, including, but not limited to, the individual defendants Joshua Wallace, Dane Marijan and Michael Smith, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by Plaintiffs under this settlement entered pursuant to this Release and

-2-

Settlement Agreement.

8. Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, Plaintiffs do hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators and assigns, all claims they had or have against the individual Defendants, Joshua Wallace, Dane Marijan and Michael Smith , and the City of Chicago, and its future, current, or former officers, agents and employees, including but not limited to all claims they had, have, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and all other claims arising either directly or indirectly from any other contacts, arrests, and/or incidents with the individual Defendants and/or other Chicago Police personnel from May 17, 2001 through October 7, 2002 and that such release and discharge also is applicable to any and all unnamed and/or unserved Defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, Plaintiffs represent that they have relied upon the advice of their attorneys, who are the attorneys of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to them by their attorneys, and that those terms are fully understood and voluntarily accepted by Plaintiffs. Plaintiffs also represents and warrant that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that they and their attorneys have the sole right and

-3-

exclusive authority to execute this Release and Settlement Agreement and receive the sum specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12.     All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

CITY OF CHICAGO,
a municipal corporation

_William D. Woolridge_
William Woolridge, Plaintiff

Address: _7324 S. Phillips 3-5_
_Chicago, IL 60649_

Date of birth: _08-28-77_

*SSN: _____

_Stephanie Cross_
Stephanie Cross, Plaintiff

Address: _7324 S. Phillips 35_
_Chicago, IL 60649-3344_

Date of birth: _10-13-80_

*SSN: _____

Jon Rosenblatt
Loevy & Loevy, Ltd.
Attorney for Plaintiffs
312 North May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900
Attorney No. _____

DATE: _11-27-02_
*Providing SSN is voluntary

Corporation Counsel
MARA S. GEORGES
Attorney for City of Chicago

BY: _Penelope M. George_
Penelope M. George
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0116
        Attorney No. 06194201

DATE: _12-17-02_

_William E. Bazarek_
William E. Bazarek
Assistant Corporation Counsel
Attorney for Defendants Wallace,
Marijan, and Smith
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06203720

DATE: _12-19-02_

-4-